UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARBARA COLQUITT, | ) | No. EDCV 09-2099-RC |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that Judgment be entered remanding the action to the Social Security Administration for further proceedings consistent with the Opinion and Order, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: _November 15, 2010_    /S/ ROSALYN M. CHAPMAN_____
                              ROSALYN M. CHAPMAN
                              UNITED STATES MAGISTRATE JUDGE

R&R-MDO\09-2099.jud
11/15/10